UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Morton S. Bouchard, III, Individually and as Co-Trustee for the Morton S. Bouchard III 2017 Family Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, Kirkland & Ellis International, LLP, Portage Point Partners, LLC, and Matthew Ray,<br><br>    Defendants. | Case No. 4:24-cv-00693<br><br>Related Case: 4:23-cv-3729 |

## DEFENDANTS KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP'S NOTICE OF RELATED CASE

Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland") give notice pursuant to LR 5.2 that the above-captioned case is related to the following case pending in the Southern District of Texas:

Michael D. Van Deelen

v.

David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP

Case No. 4:23-cv-3729, filed October 4, 2023

Kirkland believes these cases are related because: (1) they involve common events and occurrences—namely, allegations of an intimate relationship between former Chief Judge of the Bankruptcy Court for the Southern District of Texas, David R. Jones, and law firm partner Elizabeth Freeman of Jackson Walker LLP and an alleged conspiracy between Jones, Freeman, Jackson Walker, and Kirkland to exploit that alleged relationship; (2) they share common parties, in that Jones, Freeman, Jackson Walker, and Kirkland are defendants in both cases; and (3) they involve common legal issues,

including but not limited to the application of Bankruptcy Rule 2014 and the Racketeer Influenced and Corrupt Organizations Act.

DATED: April 8, 2024　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　*/s/ John Hueston*
　　　　　　　　　　　　　　　　　　　　John Hueston
　　　　　　　　　　　　　　　　　　　　California Bar No. 164921 (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　jhueston@hueston.com
　　　　　　　　　　　　　　　　　　　　620 Newport Center Dr., Suite 1300
　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92260
　　　　　　　　　　　　　　　　　　　　Telephone: (949) 229-8640
　　　　　　　　　　　　　　　　　　　　Facsimile: (888) 866-4825

　　　　　　　　　　　　　　　　　　　　*Attorney-in-Charge for Defendants Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

　　　　　　　　　　　　　　　　　　　　*Of Counsel:*

　　　　　　　　　　　　　　　　　　　　HUESTON HENNIGAN LLP
　　　　　　　　　　　　　　　　　　　　Michael Todisco
　　　　　　　　　　　　　　　　　　　　California Bar No. 315814 (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　mtodisco@hueston.com
　　　　　　　　　　　　　　　　　　　　Karen Ding
　　　　　　　　　　　　　　　　　　　　California Bar No. 325215 (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　kding@hueston.com
　　　　　　　　　　　　　　　　　　　　523 West 6th St., Unit 400
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90014
　　　　　　　　　　　　　　　　　　　　Telephone: (213) 788-4340
　　　　　　　　　　　　　　　　　　　　Facsimile: (888) 866-4825

　　　　　　　　　　　　　　　　　　　　BECK REDDEN LLP
　　　　　　　　　　　　　　　　　　　　David J. Beck
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00000070
　　　　　　　　　　　　　　　　　　　　Federal I.D. No. 16605
　　　　　　　　　　　　　　　　　　　　dbeck@beckredden.com
　　　　　　　　　　　　　　　　　　　　Jacqueline M. Furlow
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24087551
　　　　　　　　　　　　　　　　　　　　Federal I.D. No. 2191275
　　　　　　　　　　　　　　　　　　　　jfurlow@beckredden.com
　　　　　　　　　　　　　　　　　　　　1221 McKinney, Suite 4500
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77010-2010
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 951-3700
　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 951-3720

GREGORY D. TORRES
ATTORNEY AT LAW, P.L.L.C.
Texas Bar No. 00791802
g_torres_law@hotmail.com
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile: (830) 773-6469

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on April 8, 2024, a true and correct copy of this document was served on the following counsel of record via the Court's CM/ECF system and by e-mail in compliance with the Federal Rules of Civil Procedure and Southern District of Texas Local Rule 5.3:

Mikell Alan West
Robert W. Clore
Bandas Law Firm, PC
802 N. Carancahua Street, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
mwest@bandaslawfirm.com
rclore@bandaslawfirm.com

*Counsel for Plaintiff Morton S. Bouchard*

Russell Hardin, Jr.
Jennifer Elizabeth Brevorka
Leah Graham
Emily Smith
Rusty Hardin & Associates, LLP
1401 McKinney Street, Ste. 2250
Houston, TX 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com
lgrahm@rustyhardin.com
esmith@rustyhardin.com

*Counsel for Jackson Walker LLP*

Tom Kirkendall
2 Violetta Ct
The Woodlands, TX 77381
(713) 703-3536
bigtkirk@gmail.com

*Counsel for Elizabeth C. Freeman*

                                            By: */s/ Sonia Gaeta*
                                                   Sonia Gaeta