# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MORTON S. BOUCHARD, III, INDIVIDUALLY AND AS CO-TRUSTEE FOR THE MORTON S. BOUCHARD 2017 FAMILY TRUST <br><br> PLAINTIFFS <br><br> V. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON & WALKER, LLP, KIRKLAND & ELLIS, LLP, KIRKLAND & ELLIS INTERNATIONAL, LLP, PORTAGE POINT PARTNERS, LLC, AND MATTHEW RAY <br><br> DEFENDANTS | CIVIL ACTION NO. 4:24-CV-00693 |

## ORDER ON MOTION TO DISMISS

Defendant Elizabeth Carol Freeman's Motion to Dismiss came on for consideration before the Court. Having reviewed Ms. Freeman's motion, other motions to dismiss, responses to the motions to dismiss, and applicable law, the Court concludes that Plaintiff has failed to state claims upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). It is therefore

**ORDERED:**

All of Plaintiff's claims against Ms. Freeman are dismissed with prejudice.

Dated: _____, 2024

_____
**THE HONORABLE ALIA MOSES,**
**CHIEF U.S. DISTRICT JUDGE**