UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: *David Boies* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

                                                  United States District Judge

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

_____ DAVID  BOIES _____ , Bar # _____ DB4399 _____

was duly admitted to practice in the Court on

_____ September 06, 1991 _____

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.          On
           New York, New York                 _____ June 18, 2024 _____

_____ Daniel Ortiz _____          By     s/ Samantha Gonzalez
   Acting Clerk of Court                        Deputy Clerk