IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Morton S. Bouchard, III, Individually and as Co-Trustee for the Morton S. Bouchard III 2017 Family Trust | § § § § | Civil Action No. 4:24-cv-00693 |
| Plaintiff, | § § | |
| v. | § § | Jury Trial Demanded |
| David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP, Portage Point Partners, LLC, and Matthew Ray | § § § § § § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF DEFENDANT JACKSON WALKER LLP'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

On May 13, 2024, Defendant Jackson Walker LLP ("Jackson Walker") filed a Motion for

Sanctions Under Federal Rule of Civil Procedure 11, Dkt. No. 20. Jackson Walker now files this

Notice to inform the Court that it is withdrawing the previously filed Motion for Sanctions Under

Federal Rule of Civil Procedure 11.

Respectfully submitted,

*/s/ Russell Hardin, Jr.*
**Russell Hardin, Jr.**
State Bar No. 08972800
Federal ID 19424

**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas  77010
Telephone: (713) 652-9000
Facsimile:  (713) 652-9800
Email: rhardin@rustyhardin.com
**ATTORNEYS FOR DEFENDANT**
**JACKSON WALKER LLP**

OF COUNSEL:

**Leah M. Graham**
  State Bar No. 24073454
  Federal ID 2192848
**Jennifer E. Brevorka**
  State Bar No. 24082727
  Federal ID 1725400
**Emily Smith**
  State Bar No. 24083876
  Federal ID 1890677

**RUSTY HARDIN & ASSOCIATES, LLP**
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile:  (713) 652-9800
lgraham@rustyhardin.com
jbrevorka@rustyhardin.com
esmith@rustyhardin.com
**ATTORNEYS FOR DEFENDANT**
**JACKSON WALKER LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

*via* electronic mail to all counsel of record.

  */s/ Russell Hardin, Jr.*
  Russell Hardin, Jr.