United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

FILED
FEB 0 4 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORTON S. BOUCHARD, III, Individually and as Co-Trustee for the MORTON S. BOUCHARD, III Family Trust, <br>   Plaintiff, <br><br> v. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON WALKER, LLP, KIRKLAND & ELLIS, LLP, AND KIRKLAND & ELLIS INTERNATIONAL, LLP, PORTAGE POINT PARTNERS, LLC, and MATTHEW RAY, <br>   Defendants. | Case No. 4:24-CV-693-AM |

## ORDER

Pending before the Court is Defendants Matthew Ray and Portage Point Partners' Notice of Withdrawal [ECF No. 58] regarding their Motion for Sanctions. (ECF No. 45.) Defendants Matthew Ray and Portage Point Partners and the Plaintiff have stipulated to the withdrawal. (ECF No. 57.) It is within this Court's discretion, however, to determine whether the withdrawal shall be granted. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395, 396 (1990).

Accordingly, it is hereby **ORDERED** that the Plaintiff and Defendants Matthew Ray and Portage Point Partners shall appear at a hearing before the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas, sitting by designation in Houston, Texas, on **March 4, 2025**, at **10 A.M.** to show cause as to why this Court should grant the Defendants'

Motion to Withdraw Sanctions. (ECF No. 58.)

SIGNED and ENTERED on this 4th day of February 2025.

*[signature]*

ALIA MOSES
Chief United States District Judge