United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

FILED
APR 09 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MORTON S. BOUCHARD, III, Individually and as Co-Trustee for the MORTON S. BOUCHARD, III Family Trust, <br>     Plaintiff, <br><br> v. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON WALKER, LLP, KIRKLAND & ELLIS, LLP, AND KIRKLAND & ELLIS INTERNATIONAL, LLP, <br>     Defendants. | § § § § § § § § § § § § § § § <br><br> Case No. 4-24-CV-693-AM |

## ORDER

On March 6, 2025, this Court referred this case to the Honorable Christopher Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, for the limited purpose of determining whether the Plaintiff has derivative standing to bring this case. (ECF No. 71.) There have since been developments in a related case that have the consequence of expanding the scope of the narrow question presented in that referral. (*See, e.g.*, ECF No. 77.) As a result, the Court finds it prudent to withdraw the reference to the bankruptcy court, and to determine in the first instance, after a hearing, whether the Plaintiff may represent the best interests of the bankruptcy estate.

Accordingly, the Reference to the Bankruptcy Court [ECF No. 71] is **WITHDRAWN**.

SIGNED and ENTERED on this 9th day of April 2025.

_____
ALIA MOSES
Chief United States District Judge