United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MORTON S. BOUCHARD, III, Individually and as Co-Trustee for the MORTON S. BOUCHARD, III Family Trust,<br>　　Plaintiff,<br><br>v.<br><br>DAVID R. JONES, ELIZABETH CAROL FREEMAN, JACKSON WALKER, LLP, KIRKLAND & ELLIS, LLP, and KIRKLAND & ELLIS INTERNATIONAL, LLP,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:24-CV-0693-AM |

FILED
AUG 1 4 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## ORDER

Before the Court are Kirkland & Ellis, LLP's; Kirkland & Ellis International, LLP's; Jackson Walker, LLP's; and the Plan Administrator's Motions for Leave to File Supplemental Briefing on Standing and on the Effect of Orders Entered Through Fraud and in Violation of Due Process. (ECF Nos. 99, 100, 101.) The motions are **GRANTED**. The Court advises the parties that no further briefing on these issues is required at this time.

SIGNED and ENTERED on this 14th day of August 2025.

_____
ALIA MOSES
Chief United States District Judge