IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Morton S. Bouchard, III, Individually and as Co-Trustee for the Morton S. Bouchard III 2017 Family Trust | § § § § | Civil Action No. 4:24-cv-00693 |
| Plaintiff, | § § | |
| v. | § § | Jury Trial Demanded |
| David R. Jones, Elizabeth Carol Freeman, Jackson Walker, LLP, Kirkland & Ellis, LLP, and Kirkland & Ellis International, LLP, Portage Point Partners, LLC, and Matthew Ray | § § § § § § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Leah M. Graham is withdrawn as counsel for Jackson Walker LLP, Defendant in the above-captioned case. Ms. Graham is no longer with the law firm of RUSTY HARDIN & ASSOCIATES, LLP and, as such, should be removed from the official mailing matrix and service list in this case.

PREVIOUS
Leah M. Graham
**RUSTY HARDIN & ASSOCIATES, LLP**
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: lgraham@rustyhardin.com

CURRENT
Leah M. Graham
**SORRELS LAW**
230 Westcott Street, Suite 100
Houston, Texas 77007
Telephone: (713) 496-1100
Facsimile: (713) 238-9500
Email: leah@sorrelslaw.com

*Notice of Withdrawal of Counsel* **Page 1**

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

 */s/ Russell Hardin, Jr.*
Russell Hardin, Jr. (SBT 08972800)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas  77010
Telephone: (713) 652-9000
Email: rhardin@rustyhardin.com
Email: jbrevorka@rustyhardin.com
Email: esmith@rustyhardin.com

***Co-Counsel for Jackson Walker LLP***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing via electronic mail to all counsel of record.

 */s/ Russell Hardin, Jr.*
Russell Hardin, Jr.