IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Morton S. Bouchard, III,<br>Individually and as Co-Trustee for<br>The Morton S. Bouchard, III<br>Family Trust;<br><br>Plaintiff,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman,<br>Jackson Walker, LLP, Kirkland & Ellis, LLP,<br>and Kirkland & Ellis International, LLP,<br><br>Defendants. | Civil Action File<br>No. 4:24-cv-693<br><br>Jury Trial Demanded |

**JOINT STATUS REPORT ON PENDING MATTERS IN THE UNDERLYING BANKRUPTCY**

Pursuant to the Court's Order of August 17, 2026 [ECF No. 105], the parties report the following pending matters in the underlying bankruptcy, *In re Tug Robert J. Bouchard, Corporation*, No. 20-34758 (Bankr. S.D. Tex.), formerly jointly administered under *In re Bouchard Transportation Co., Inc.*, No. 20-34682 (Bankr. S.D. Tex.). Unless otherwise noted, docket citations are to No. 20-34758.[1] [2]

[1] Duplicate pleadings filed in both the bankruptcy court and this Court are cited to the bankruptcy court docket only.

[2] This report is submitted solely in response to the Order; it is not an admission by any party, states no party's position on any matter described here, and is without waiver of any argument, objection, or defense, all of which are reserved.

## I. Motions Regarding Plaintiff's Asserted Authority to Pursue Claims of Post-Effective Date Debtors

**1.** Two motions remain pending that relate to Plaintiff's contention that he may pursue the claims and causes of action of the Post-Effective Date Debtors at issue in this action. No order has been entered on either motion.

**(a)** Motion for Derivative Standing, filed by Morton S. Bouchard III, ECF No. 453 (Mar. 25, 2025). Response of Jackson Walker LLP, ECF No. 468, and evidentiary objections, ECF No. 467 (Apr. 15, 2025); reservation of rights of the Plan Administrator, ECF No. 465 (Apr. 15, 2025); reply, ECF No. 469 (Apr. 22, 2025). The reference was withdrawn on April 9, 2025, and briefing continued in this action, No. 4:24-cv-00693: Plaintiff's notice of filings, ECF No. 76 (Mar. 25, 2025); Kirkland's supplemental submission regarding standing, ECF No. 84 (Apr. 24, 2025); the response of Morton S. Bouchard III to the Plan Administrator's reservation of rights, ECF No. 86 (May 16, 2025); and his response to Kirkland's supplemental submission, ECF No. 88 (May 20, 2025). Argument was heard on May 22, 2025. ECF No. 85. Supplemental briefing followed: Plaintiff's supplemental briefing on standing and alternative Rule 60 motion, ECF No. 98 (July 17, 2025); the response of Kirkland, ECF No. 99 (Aug. 4, 2025); the response of the Plan Administrator, ECF No. 100 (Aug. 5, 2025); and the response of Jackson Walker LLP, ECF No. 101-1 (Aug. 7, 2025).

**(b)** Plan Administrator's Emergency Motion for Entry of an Order (I) Appointing the Independent Special Administrator; (II) Authorizing the Payment of Fees and Expenses in Accordance with Wind Down Budget; and (III) Granting Related Relief, ECF No. 457 (Mar. 27, 2025). Response and objection of Morton S. Bouchard III,

ECF No. 459 (Apr. 8, 2025); reply, ECF No. 477 (May 19, 2025). Related filings in this action, No. 4:24-cv-00693: Plaintiff's notice of the motion, ECF No. 77 (Mar. 28, 2025); and the Plan Administrator's supplemental response addressing the motion, ECF No. 100 (Aug. 5, 2025).

## II. Claims By and Against Bouchard and Related Parties

**2.** Motion for Entry of Order Authorizing and Directing Debtors and Post-Effective Date Debtor to Pay Administrative Claim, filed by Morton S. Bouchard III, ECF No. 41 (Nov. 1, 2021). Response of the Post-Effective Date Debtors, ECF No. 90 (Nov. 19, 2021). No order has been entered.

**3.** Objections to the proofs of claim of Morton S. Bouchard III, Linda Bouchard, and the Morton S. Bouchard III 2017 Family Trust, No. 20-34682 ECF Nos. 1023, 1024, and 1150. Response, ECF No. 187 (July 9, 2022). The objections remain unresolved.

**4.** *Tug Robert J. Bouchard, Corporation v. Morton S. Bouchard III, Linda Bouchard, and the Morton S. Bouchard III Family Trust*, Adversary No. 22-03276 (Bankr. S.D. Tex.), commenced September 27, 2022, asserting breach of fiduciary duty and equitable subordination of claim or interest. No answer has been filed, and the adversary proceeding remains open.

**5.** Plan Administrator's Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Settlement Agreement with the Bouchard Interested Parties and (II) Granting Related Relief, ECF No. 311 (Mar. 2, 2023), which would resolve the matters described in paragraphs 2 through 4. Objection of the Official Committee of Unsecured Creditors, ECF No. 316 (Mar. 21, 2023); reply, ECF No. 323 (Mar. 27, 2023). The hearing was adjourned before its conclusion, ECF No. 332 (Apr. 27, 2023). No order has been entered.

## III. Jackson Walker Retention and Compensation

**6.** United States Trustee's Amended Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) and Federal Rule of Bankruptcy Procedure 9024 Approving the Retention and Compensation Applications of Jackson Walker LLP, Sanctions, and Related Relief, ECF No. 381 (Feb. 29, 2024), which seeks vacatur of the orders approving Jackson Walker's retention and compensation in this case among others. Response in opposition, ECF No. 415 (May 22, 2024); response of the United States Trustee, ECF No. 421 (July 1, 2024); sur-reply, ECF No. 426 (Aug. 12, 2024); joinder of the Plan Administrator, ECF No. 414 (May 16, 2024). The motion is pending in *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*, No. 4:23-cv-04787 (S.D. Tex.). An evidentiary hearing on the United States Trustee's standing was held on September 9, 2026, and the matter was taken under advisement. Trial on the vacatur motions and related objections to final fee applications is set to commence January 19, 2027. ECF No. 304 (Aug. 4, 2026). On August 2, 2026, Jackson Walker and the United States Trustee filed a Notice of Settlement Term Sheet stating that they have agreed to principal terms to resolve the litigation between them. ECF No. 301.

## IV. Claims Administration

**7.** The deadline for the Plan Administrator to file and serve objections to claims was extended through and including March 1, 2027. ECF Nos. 503 (Aug. 12, 2026), 504 (Aug. 13, 2026). The claims objection period remains open.

**Dated: September 16, 2026**

Respectfully submitted,

By: /s/ Mikell A. West
Mikell A. West
Texas State Bar No. 24070832
S.D. Tex. Bar No. 1563058
Robert W. Clore
Texas State Bar No. 24012426
S.D. Tex. Bar No. 2032287
Jessica W. Breitbeil
Texas State Bar No. 24013711
S.D. Tex. Bar No. 24844 (*re-admission forthcoming*)
Bandas Law Firm, P.C.
555 N. Carancahua Street, Suite 1200
Corpus Christi, Texas 78401
Telephone: (361) 698-5200
Facsimile: (361) 698-5222
mwest@bandaslawfirm.com
rclore@bandaslawfirm.com
jbreitbeil@bandaslawfirm.com

Attorneys for Plaintiff

By: /s/ Tom Kirkendall
Tom Kirkendall
TX Bar No. 11517300 / S.D. Tex. Bar No. 02287
Law Office of Tom Kirkendall
2 Violetta Ct.
The Woodlands, Texas 77381
Telephone: (713) 703-3536
bigtkirk@gmail.com

Counsel for Elizabeth Carol Freeman

By: /s/ Jason L. Boland
Jason L. Boland (SBT 24040542)
Julie Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
Norton Rose Fulbright US LLP
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
jason.boland@nortonrosefulbright.com

Russell Hardin, Jr. (SBT 08972800)
Jennifer E. Brevorka (SBT 24082727)
Emily Smith (SBT 24083876)
Rusty Hardin & Associates, LLP
1401 McKinney, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
rhardin@rustyhardin.com

Counsel for Jackson Walker LLP

By: /s/ John Hueston
John Hueston
California Bar No. 164921 (pro hac vice)
Hueston Hennigan LLP
523 West 6th St., Unit 400
Los Angeles, California 90014
Telephone: (213) 788-4340
jhueston@hueston.com

David J. Beck
Texas Bar No. 00000070
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
dbeck@beckredden.com

Counsel for Kirkland & Ellis LLP and
Kirkland & Ellis International LLP

By: /s/ Tyler E. Ulrich
Tyler E. Ulrich (pro hac vice)
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
tulrich@bsfllp.com

Counsel for David R. Jones